Flennord SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64215.

Missouri Court of Appeals,
Western District.

Aug. 2, 2005.

Jeannie Marie Willibey, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Evan Buchheim, Office of Attorney General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Flennord Smith appeals the circuit court's judgment denying his Rule 29.15

motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).